KIRSTEN WORLEY, ESQ. (Bar No. 222513)
worleyk@higgslaw.com
MEREDITH KING, ESQ. (Bar No. 280043)
kingm@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Plaintiff
LNV CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LNV CORPORATION, Successor to the FDIC, as Receiver for FRANKLIN BANK,<br><br>Plaintiff,<br><br>v.<br><br>WJ CAPITAL CORPORATION and BRADLEY T. LUDES,<br><br>Defendants. | CASE NO. 8:11-MC-00004-UA<br><br>[PROPOSED] RENEWAL OF JUDGMENT<br><br>[NO HEARING SCHEDULED] |

WHEREAS, the Court has reviewed Plaintiff LNV Corporation ("Plaintiff")'s Application for and Renewal of Judgment (the "Application");

WHEREAS, a judgment (the "Judgment") was entered on November 18, 2010 in the United States District Court for the Southern District of Texas, Houston Division Case No. 4:09-00168 in favor of Plaintiff and against Defendants WJ Capital Corp. and Bradley T. Ludes ("Defendants") in the amount of $570,133.85;

WHEREAS, the Clerk of the Court previously entered the "Clerk's Certification of a Judgment to Be Registered in Another District" in the above matter registering the Judgment in the United States District Court for the Central District of California on February 1, 2011;

WHEREAS, Plaintiff is not seeking interest prior to the renewal date of

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

114816-00003
9923120.1

Case No. 8:11-mc-00004-UA

Judgment;

WHEREAS, based upon the Application, the Memorandum of Points and Authorities, and the Declaration of Kirsten Worley filed in support, and the Notice of Renewal of Judgment filed herewith, as well as all other pleadings, records, and files in this action, the Court finds there is good cause for granting Plaintiff's Application;

NOW, THEREFORE, the Court hereby renews the Judgment against Defendants as of the date of the Application in the amount of $570,133.85 as follows:

| | | |
|---|---|---|
| a. | Total Judgment: | $570,133.85 |
| b. | Costs after Judgment: | $0 |
| c. | Subtotal: | $570,133.85 |
| d. | Credits: | $0 |
| e. | Subtotal: | $570,133.85 |
| f. | Interest after judgment: | $0 |
| g. | Fee for filing renewal application: | $0 |
| h. | TOTAL renewed judgment | $570,133.85 |

**IT IS SO ORDERED:**

Dated: 11/18/2020

CLERK OF THE
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIRY K. GRAY, CLERK OF THE COURT
by B. Moss, Deputy Clerk

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

114816-00003
9923120.1

2

Case No. 8:11-mc-00004-UA

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **November 10, 2020**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

[PROPOSED] RENEWAL OF JUDGMENT

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| WJ Capital Corporation<br>c/o Bradley T. Ludes<br>1761 East Garry Avenue, 2nd Floor<br>Santa Ana, California 92705 | Bradley T. Ludes<br>1731 Las Brisas Drive<br>Santa Ana, California 92705 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 10, 2020**, at San Diego, California.

/s/ Jordan Malavar
Jordan Malavar

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

114816-00003
9426430.1

3

CASE NO. 8:11-MC-00004-UA